UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMELITA SCHOENBERGER,<br><br>              Plaintiff,<br>   v.<br><br>SECURIAN LIFE INSURANCE COMPANY,<br><br>              Defendant. | CASE NO. 2:23-CV-00096-LK<br><br>ORDER OF DISMISSAL |

      The parties have notified the Court that they have reached a settlement of this case. Dkt. No. 25. The Court accordingly DISMISSES this case with prejudice and without court-ordered costs or attorney fees to any party. Any scheduling deadlines previously set are hereby VACATED. If the parties are unable to perfect their settlement, they may move to reopen this case within 60 days of this order.

      Dated this 29th day of December, 2023.

*Lauren King*
Lauren King
United States District Judge

ORDER OF DISMISSAL - 1